United States District Court
Southern District of Texas
**ENTERED**
January 09, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v.   § | **CRIMINAL NO. 4:17-CR-005** |
| § | |
| **JUAN JOSE HERNANDEZ-** § | |
| **COMERMA** § | |

## ORDER IMPOSING MONEY JUDGMENT

Defendant Juan Jose Hernandez Comerma pleaded guilty to Counts One and Two of the Information. Count One charges Defendant with conspiracy to violate the Foreign Corrupt Practices Act, Title 15, United States Code, Section 78dd-2 ("FCPA"), in violation of Title 18, United States Code, Section 371. Count Two charges Defendant with a violation of the FCPA, in violation of Title 15, United States Code, Section 78dd-2.

The United States provided notice to the Defendant in the Information that pursuant to Title 18, United States Code, Section 981(a)(1)(C), the United States would seek to forfeit all property, real or personal, that constitutes or is derived from proceeds traceable to Counts One and Two. The United States also provided notice that it would seek a money judgment equal to the total value of the property subject to forfeiture.

In his Plea Agreement, Defendant stipulated and agreed that the factual basis for his guilty plea supported the forfeiture of proceeds from PDVSA contracts associated with bribe payments made by Defendant and his co-conspirators. Defendant also consented to the imposition of a personal money judgment against him and acknowledged that one or more of the conditions set forth in Title 21, United States Code, Section 853(p) exists. Defendant and the United States have agreed that the amount of the personal money judgment should be $3,000,000.

Having considered the Plea Agreement, the record and the applicable law, the Court ORDERS:

That Defendant Juan Jose Hernandez Comerma shall forfeit $3,000,000 to the United States, and that a personal money judgment is hereby awarded in favor of the United States and against the Defendant in the amount of $3,000,000.

This Order will be made part of the Defendant's sentence and included in the judgment against him.

Signed in Houston, Texas, on the ___ day of January 2020.

_____
GRAY H. MILLER
UNITED STATES DISTRICT JUDGE